1

2

3

4

5

6          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                AT SEATTLE

8  LAURIE LEE HENRY,

9                    Plaintiff,                Case No. C14-5792-JLR-BAT

10        v.                                   **REPORT AND
                                              RECOMMENDATION**
11  CAROLYN W. COLVIN, Commissioner of
   Social Security,
12
                    Defendant.
13

14        Plaintiff appeals the denial of her applications for disability benefits.  Dkt. 3.  The parties

15  stipulate the case should be reversed and remanded.  Dkt. 16.  The Court has considered the

16  stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under

17  sentence four of 42 U.S.C. § 405(g) for a *de novo* hearing and a new decision.

18        On remand, the Administrative Law Judge (ALJ) will evaluate the evidence relating to

19  the claimant's bilateral carpal tunnel syndrome and address whether this impairment was

20  medically determinable and severe and what, if any, effect it had on her work-related

21  functioning.  The ALJ will address the manipulation limitations described by Dr. Lush and

22  address the opinion of Dr. Lush within the context of the time it was rendered, either adopting it

23  as written or providing specific, legitimate reasons to reject it.  As necessary, the ALJ will obtain

an orthopedic consultative examination to determine what the claimant could do despite her impairments (including obesity, degenerative disc disease of the lumbar spine, and carpal tunnel syndrome), and continue with the rest of the sequential evaluation.

The parties further stipulate that Ms. Henry is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412 and 42 U.S.C. § 406(b), upon proper request to this Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.  A proposed order accompanies this Report and Recommendation.

DATED this 18th day of February, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2