UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURIE LEE HENRY,

          Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

Case No. C14-5792-JLR-BAT

**ORDER**

The Court, having considered the stipulated motion for remand, Dkt. 26, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, **ORDERS**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)     The Clerk shall send copies of this Order to the parties.

DATED this 19th day of February, 2015.

JAMES L. ROBART
United States District Judge

ORDER - 1